■ ANTHONY GALANTE et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [45 NYS3d 449]—

Order, Supreme Court, Bronx County (Barry Salman, J.), entered April 16, 2015, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion court properly concluded that the doctrine of res ipsa loquitur precludes the award of summary judgment in defendant's favor in this action where plaintiff was injured when the elevator in which he was riding came to a sudden and abrupt stop. Elevator malfunctions ordinarily do not occur in the absence of negligence (*see e.g. Ezzard v One E. Riv. Place Realty Co., LLC*, 129 AD3d 159, 163 [1st Dept 2015]), and defendant has failed to demonstrate as a matter of law that it lacked exclusive control over the subject elevator at the time of the accident. Defendant's argument that vandalism was the cause of the elevator's malfunction, lacks support in the record, and there is no evidence that plaintiff's actions played a role in the cause of the accident. Concur—Sweeny, J.P., Renwick, Andrias, Kahn and Gesmer, JJ.